COM.

v.

**FOWLER, J.**

**1157 WDA 2016**

Superior Court of Pennsylvania.

06/15/2017

CP–42–CR–0000458–2015
CP–42–CR–0000459–2015
(McKean)

Affirmed

COM.

v.

**CONYERS, J.**

**1165 WDA 2016**

Superior Court of Pennsylvania.

06/15/2017

CP–10–CR–0000683–2013
CP–10–CR–0000684–2013
CP–10–CR–0000685–2013
CP–10–CR–0000686–2013
CP–10–CR–0001004–2013
(Butler)

Remanded Jurisdiction Retained

COM.

v.

**WADSWORTH, S.**

**1485 WDA 2016**

Superior Court of Pennsylvania.

06/15/2017

Reargument Denied 7/28/2017

CP–03–CR–0000218–2012
(Armstrong)

Affirmed

COM.

v.

**DEVINE, D.**

**2300 EDA 2015**

Superior Court of Pennsylvania.

06/16/2017

MC–51–CR–0034500–2014, (Philadelphia)

Reversed/Vacated/Remanded